

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BILLY JAMES MENEES and
ASHLEY DAWN MARIE SCHARDEIN,

Defendants.

Case No. CR21-151 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### CHILD ABUSE IN INDIAN COUNTRY
[18 U.S.C. §§ 1151, 1152, 2 & 21 Okla. Stat. 843.5(A)]

Between on or about March 1, 2020 and May 9, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendants, **BILLY JAMES MENEES** and **ASHLEY DAWN MARIE SCHARDEIN**, did willfully and maliciously cause and threaten harm, fail to protect from harm and threaten harm, torture and injure K.M., an Indian, all while defendants were responsible for the health, safety and welfare of K.M., a child under the age of eighteen, in violation of Title 18, United States Code, Sections 1151 and 1152, 2 and Title 21, Oklahoma Statutes, Section 843.5(A).

## COUNT TWO

### CHILD NEGLECT IN INDIAN COUNTRY
[18 U.S.C. §§ 1151, 1152, 2 & 21 Okla. Stat. 843.5(C)]

Between on or about March 1, 2020 and May 9, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendants, **BILLY JAMES MENEES** and **ASHLEY DAWN**

**MARIE SCHARDEIN**, did willfully and maliciously fail and omit to provide K.M., an Indian, adequate nurturance and affection, food, clothing, shelter, sanitation, hygiene, medical care and supervision, all while defendants were responsible for the health, safety and welfare of K.M., a child under the age of eighteen, in violation of Title 18, United States Code, Sections 1151, 1152, 2 and Title 21, Oklahoma Statutes, Section 843.5(C).

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*[signature]*

EDITH A. SINGER, OBA # 19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY