OKED 442 (Rev 09/15)



# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

2022 JAN 26 PM 1:00

United States of America )
v. )
)
) Case No. CR-21-151-TDD
)
ASHLEY DAWN MARIE SCHARDEIN )
*Defendant* )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**ASHLEY DAWN MARIE SCHARDEIN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Child Abuse in Indian Country
Ct. 2 – Child Neglect in Indian Country

DATE: 01/25/2022
Muskogee, Oklahoma

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: Kimberly Cluck
*Deputy Clerk*

### Return

This warrant was received on *(date)* 1/26/22, and the person was arrested on *(date)* 1/26/22
at *(city and state)* Muskogee - E/OK.

Date: 1/27/22

FILED
JAN 27 2022
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

*Arresting officer's signature*
Richard Steiner DUSM
*Printed name and title*