# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-21-151-TDD-02 |
| v. | ) | Date: 02/01/2022 |
| ASHLEY DAWN MARIE SCHARDEIN | ) | Time: 10:20 a.m. – 10:24 a.m. |
| Defendant. | ) | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

U.S. Magistrate Judge Kimberly E. West    Rachel Keeling, Deputy Clerk    FTR Courtroom: 3 - Room 432

Counsel for Plaintiff:    Edith A. Singer, AUSA (via video)

Counsel for Defendant    Cody Cofer for Ronald Gainor, AFPD (via video)

☒ Defendant gives oral consent to proceed by video conference

☐ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☐ no    ☐ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn

Defendant appears by video:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count __1s-2s__ of the Superseding Indictment

**Trial / Motions:**
☒ Jury Trial previously set 06/20/2022 at 9:30 a.m. before US District Judge Timothy D. DeGiusti
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1)
  requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
    ☒ Government has complied            ☐ Government has not complied
  Parties ☐ do  ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Defendant allowed to post bond in the amount of _____
☐ Government filed written Motion for Detention
☐ Defendant orally moved for detention hearing
☐ Detention hearing set _____
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: RK