IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-00151-TDD |
| ) | |
| ASHLEY SCHARDEIN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ADOPT AND JOIN DEFENDANT MENEES' SECOND MOTION TO DISMISS INDICTMENT (RE: [23] INDICTMENT, [98] INDICTMENT) [D.E. 111]

Defendant, Ashley Schardein, by and through undersigned counsel, moves this Court for an Order allowing her to adopt and join Defendant Menees' Second to Dismiss Indictment (Re: [23] Indictment, [98] Indictment) [D.E. 111].

1. Co-Defendant filed his Second Motion to Dismiss Indictment (Re: [23] Indictment, [98] Indictment) [D.E. 111] on February 11, 2022.

2. Defendant Schardein wishes to adopt and join in on Defendant Menees' Second Motion to Dismiss Indictment (Re: [23 Indictment, [98] Indictment) [D.E. 111] as this motion also applies to her.

3. The granting of this Motion to Adopt and Join would avoid needless duplication of effort and will save the Court's resources.

Wherefore, it is respectfully requested that this Court allow Defendant Schardein to join Defendant Menees' Second Motion to Dismiss Indictment (Re: [23] Indictment, [98] Indictment) [D.E. 111].

Dated this 11th day of February 2022.

*s/Ronald Gainor*

Ronald Gainor Gainor & Donner

10722 Ashford Circle
Highlands Ranch, CO 80126
(720) 201-3036
(303) 470-5774 (facsimile)
gainorlaw@gmail.com
Counsel for Ashley Schardein

## **CERTIFICATE OF SERVICE**

      I certify that on 11th day of February 2022, this Motion was filed on the CM/ECF system with copies sent to all parties to this litigation.

*s/ Ronald Gainor*