# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BILLY JAMES MENEES and )<br>ASHLEY DAWN MARIE SCHARDEIN, )<br>)<br>Defendants. ) | Case No. CR-21-151-TDD |

## ORDER

Before the Court is Defendants' Joint Motion for Court to Submit Written Questionnaire to Potential Jurors [Doc. No. 165]. Included with Defendants' motion is a proposed questionnaire which Defendants request the Court to distribute to prospective jurors in advance of trial. *See* [Doc. No. 165-1].

"The trial court is vested with wide discretion in the conduct of voir dire," and "may examine prospective jurors or may permit the attorneys for the parties to do so." *United States v. Lambinus*, 747 F.2d 592, 598 (10th Cir. 1984); Fed. R. Crim. P. 24(a)(1). Several of the topics listed in the proposed questionnaire are also captured in the proposed voir dire submitted by Defendants. *See* [Doc. Nos. 184, 191]. When conducting voir dire, the Court will consider the questions posed by the questionnaire, as well as Defendants' proposed voir dire. Accordingly, the use of a jury questionnaire under the present set of circumstances is not necessary, and Defendants' motion must be **DENIED.**

**IT IS SO ORDERED** this 27th day of December, 2022.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE