IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-21-151-TDD |
| ) | |
| ) | |
| ASHLEY DAWN MARIE SCHARDEIN ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION ORDER

Ronald Gainor, appointed counsel for Ashley Dawn Marie Schardein has submitted a second supplemental authorization request for additional paralegal services in excess of statutory limits. I have approved less than the amount requested. I certify that, due to the complexity of the representation required, the payment approved is reasonable and is necessary in this case.
18 U.S.C. § 3006A(d).

ENTERED this 6th day of February, 2023.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE