**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-21-151-TDD |
| ) | |
| ) | |
| ASHLEY DAWN MARIE SCHARDEIN ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION ORDER**

Lynn Pierce, appointed co-counsel for Ashley Dawn Marie Schardein has

submitted an authorization request for payment in excess of statutory limits. I certify that,

due to the complexity of the representation required, the interim payment claimed is

reasonable and necessary to provide co-counsel fair compensation for her services in this

case.

18 U.S.C. § 3006A(d).

ENTERED this 13th day of March, 2023.

_____

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE