# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ASHLEY DAWN MARIE SCHARDEIN )<br>)<br>Defendant. ) | Case No. CR-21-151-TDD |

## CERTIFICATION ORDER

Ronald Gainor, appointed counsel for Ashley Dawn Marie Schardein has submitted a final authorization request for payment to Mark J. Mills, JD, MD in excess of statutory limits. I certify that, due to the complexity of the representation required, the payment claimed is reasonable and necessary in this case. 18 U.S.C. § 3006A(e)(3).

ENTERED this 26th day of July, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge