IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-21-151-TDD |
| BILLY JAMES MENEES and ASHLEY DAWN MARIE SCHARDEIN, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Before the Court is the parties' Joint Motion for Additional Time to Submit Briefing [Doc. No. 304]. In light of the Tenth Circuit's recent order and judgment in *United States v. Shell*, No. 23-5086 (10th Cir. July 18, 2024), the Court granted the parties' joint request to continue the Defendants' sentencing hearings. The Court also directed the parties, no later than August 9, 2024, to file briefs addressing what impact, if any, the *Shell* order and judgment has on this case moving forward. For the reasons set forth in the Motion, the parties seek a 60-day extension of the aforementioned briefing deadline. Upon consideration, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall, no later than **October 8, 2024**, file briefs addressing what impact, if any, the Tenth Circuit's order and judgment in *United States v. Shell*, No. 23-5086 (10th Cir. July 18, 2024) has on this case moving forward. Defendants may file a single, joint brief, should they so choose.

**IT IS SO ORDERED** this 8th day of August, 2024.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE