IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ASHLEY MARIE SCHARDEIN,<br><br>                    Defendant. | Case No. CR-21-151-TDD |

### DEFENDANT SCHARDEIN'S MOTION IN ACCORDANCE WITH THE COURT'S ORDER ALLOWING ARGUMENT ON THE IMPLICATIONS OF THE TENTH CIRCUIT'S UNPUBLISHED ORDER IN *UNITED STATES V. SHELL* TO THE INSTANT CASE

Defendant Ashley Marie Schardein ("Ms. Schardein"), by and through undersigned counsel, respectfully files this motion, in accordance with the Court's Order [Doc. 303] granting leave to the parties to file a brief addressing the implications of the Tenth Circuit's unpublished order and judgment in *United States v. Shell*, No. 23-5086 (10th Cir. July 18, 2024). Ms. Schardein contends that, in accordance with *Shell*, her child abuse conviction should be reversed because she was improperly charged under the assimilation of the assaultive provisions of Oklahoma's child abuse statute via the Assimilative Crimes Act ("ACA"). Ms. Schardein is filing her brief contemporaneously with this motion.

Dated this 8th day of October 2024.

                                                    Gainor & Donner

                                                    /s/ *Ronald Gainor*
                                                    Ronald Gainor
                                                    10722 Ashford Circle
                                                    Highlands Ranch, CO 80126
                                                    720-201-3036
                                                    Email: gainorlaw@gmail.com
                                                    **Attorney for Defendant**

BUTLER, LANDRUM & PIERCE, P.C.

<u>/s/ *Lynn A. Pierce*</u>
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO 80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 8th day of October 2024, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel of record.

                          <u>/s/ Lynn Pierce</u>