IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**BILLY JAMES MENEES** and<br>**ASHLEY DAWN MARIE SCHARDEIN**,<br><br>*Defendants*. | Case No. 21-CR-151-TDD |

### GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO DOC. NOS. 307 AND 308

Comes now the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and Nicole Paladino, Assistant United States Attorney, and requests leave of the Court to file a response to Defendants briefs re: *United States v. Shell*. The United States asserts that further briefing related to dismissal and other issues will help to inform the Court. Defendants have no objection to this request. The Government informs this Court it can file its response by Friday October 18, 2024, if this motion is granted.

Wherefore, the United States of America respectfully requests leave of the Court to file said response.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/  Nicole Paladino
NICOLE PALADINO, AR Bar # 2017113
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Nicole.Paladino@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2024, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

    Cody L. Cofer and Kara L. Carreras, Attorneys for Defendant Menees
    Ronald Gainor and Lynn A. Pierce, Attorneys for Defendant Schardein

                                                             s/       <u>Nicole Paladino</u>
                                                                      NICOLE PALADINO
                                                                       Assistant United States Attorney