IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-21-151-TDD |
| | ) |
| BILLY JAMES MENEES and | ) |
| ASHLEY DAWN MARIE SCHARDEIN, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is the government's Unopposed Motion for Leave to File a Response to Doc. Nos. 307 and 308 [Doc. No. 310]. Upon consideration, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the government may file a response to Defendants' briefs [Doc. Nos. 307, 308] no later than October 23, 2024.

**IT IS SO ORDERED** this 16th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE