EDOK SENTENCING COURTROOM MINUTE SHEET                              DATE  April 1, 2025

CRIMINAL CASE NO. CR-21-151-TDD  U.S.A. -vs-  Ashley Dawn Marie Schardein

COMMENCED   2:00 p.m.   ENDED   4:00 p.m.    TOTAL TIME   2 hours

JUDGE TIMOTHY D. DEGIUSTI  COURTROOM DEPUTY JANE EAGLESTON  COURT REPORTER CHRISTY CLARK

COUNSEL FOR PLAINTIFF Nicole Paladino and Caila Cleary, USA

COUNSEL FOR DEFENDANT Ronald Gainor and Lynn Peirce

SENTENCING MINUTE:

Dft. appears in person ☒ with ☐ without ☒ Court-Appointed ☐ Private - Counsel ☐ Public Defender

☒ Probation Report reviewed by counsel and defendant.

| WITNESS FOR GOVERNMENT | WITNESS(ES) FOR DEFENDANT |
|---|---|
| 1. | 1. Dr. Mark Mills |

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS  240 months as to Counts 1 and 2 of the Superseding Indictment filed on January 25, 2022 to run concurrently.

Defendant placed on probation for a period of _____
with condition that defendant:
☒ comply with the conditions set forth in the judgment and commitment order
☒ special condition(s):  participate in treatment program for narcotic addiction, drug dependency, or alcohol dependency and treatment program for mental health. No contact with K.M.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of 5 years as to Counts 1 and 2 to run concurrently.  Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒ SPECIAL ASSESSMENT FEE OF $200.00 due immediately.

Defendant ordered to pay a fine in amount of $  waived   to _____

Defendant ordered to make restitution in the amount of  $_____ to _____

☒ Defendant advised of right to appeal & to appeal in forma pauperis. ☐ Defendant gives oral notice of appeal and Clerk directed to spread of record said notice of appeal.

Execution of sentence stayed until _____, at which time defendant's court appearance bond will be exonerated.  Defendant to remain on present bond until he/she reports to designated prison.

Counts of the Indictment dismissed as per order filed.

☒ DEF. REMANDED TO U.S.M.    ☐ BOND EXONERATED.

The Court orders commitment to the custody of the Bureau of Prisons & recommends FCI Carswell if eligible.