IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ASHLEY DAWN MARIE SCHARDEIN,<br><br>         Defendant. | Case No.  CR-21-151-TDD |

## NOTICE OF DISMISSAL

Plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Nicole Paladino, dismisses the Indictment [Dkt. No, 23] filed on May 12, 2021, as to **ASHLEY DAWN MARIE SCHARDEIN**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has been found guilty by a jury to Count One and Count Two of the Superseding Indictment [Dkt. No. 98].

                                                    CHRISTOPHER J. WILSON
                                                   United States Attorney

                                                   _/s/ Nicole Paladino_
                                                   NICOLE PALADINO, AR Bar # 2017113
                                                   Assistant United States Attorney

LEAVE GRANTED FOR FILING:

_/s/ Timothy D. DeGiusti_
TIMOTHY D. DeGIUSTI
United States District Judge